UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas Jackson 12A3039

Write the full name of each plaintiff.

-against-

Sergeant E. Pagan
Suing, individually and
in their official capacities

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

No. **20-cv-5176**
(To be filled out by Clerk's Office)

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No


RECEIVED
JUL 02 2020
PRO SE OFFICE

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _First Amendment U.S. Constitutional right_

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Thomas_     _I_     _Jackson_
First Name     Middle Initial     Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_Clinton Correctional Facility_
Current Place of Detention

_P.O. Box 2000_
Institutional Address

_Dannemora_     _NY_     _12929_
County, City     State     Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

| E. | Pagan | |
|---|---|---|
| First Name | Last Name | Shield # |

Sergeant
Current Job Title (or other identifying information)

Sing Sing Correctional Facility 354 Hunter Street
Current Work Address

| Ossining | NY | 10562 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| | | |
|---|---|---|
| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

Current Work Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| | | |
|---|---|---|
| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

Current Work Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Defendant 4:

| | | |
|---|---|---|
| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

Current Work Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Sing Sing Correctional Facility

Date(s) of occurrence: June 29th, 2017

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On or about May [July crossed out], I have filed a grievance on Sergeant E. Pagan about not allowing me to take medical showers and move me to the flats because I was provided with a cane, do to a previous ankle injury, which I had a shower pass from medical, and a flats order from medical. I was moved to the flats about 2week later. Sergeant pagan came to my cell with the grievance that I filed and stated, "all you had to do was come directly to me, but you wrote a fucking grievance" and then told me that I better be careful because he will set me up, and then ripped my grievance in front of my face. I wrote another grievance about what Sergeant E. Pagan said to me, which was to no help, because he came back to my cell and made a threat to my life by saying I will kill you and ripped my grievance in front of my face. On June 29, 2017, I was set up by Sergeant E. Pagan with a fabricated misbehavior report out of retaliation because of my grievances I tried to file. I was charged with the following, weapon 113.10, assault on inmate 100.10, violent conduct 104.11, creating a disturbance 104.13. I provided exculpatory evidence at the disciplinary hearing to show that

Page 4

I was set up and then all charges were dismissed. I was then released from the special housing unit on September 15, 2017, which I did 79 days in the SHU unwillingly because I was exercising my First Amendment right to the United States Constitution, which was to seek redress through a grievance. Upon my release, I seen Sergeant E. Pagan, who stated to me, "I bet you will not file a grivance on me again" and stated, "try me again", and I then proceded to walk back to (B) block.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

### VI. RELIEF

State briefly what money damages or other relief you want the court to order.

The action of defendant Sergeant E. Pagan violated plaintiff's 1st amendment right to the united state constitution by fabricating a misbehavior report out of retaliation.
Award compensatory damages in the following: $100,000 for violating plaintiff's 1st amendment right.

Award punitive damages in the following amounts: $100,000 against defendant Sergeant E. Pagan.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 6/29/2020

Plaintiff's Signature: Thomas Jackson

First Name: Thomas
Middle Initial: I
Last Name: Jackson

Prison Address: Clinton Correctional Facility 1156 Rt. 374 P.O. Box 2001

County, City: Dannemora
State: NY
Zip Code: 12929

Date on which I am delivering this complaint to prison authorities for mailing: 6/20/2020

## VERIFICATION

STATE OF NEW YORK )

COUNTY OF CLINTON) SS.:

I, Thomas Jackson being duly sworn, deposes and says that I am the petitioner in the above-captioned matter, proceeding pro se. I have read the foregoing petition and know the contents thereof to be true, except as to matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted

*Thomas Jackson*

Clinton Correctional Facility
P.O. BOX 2001
Dannemora, New York 12929

Sworn to before me this
___ Day of _____, 20___
_____
NOTARY

under the penalty of perjury, notary is not available.

*Thomas Jackson*
Din-12A3039

Form 12 - Blank Affidavit Of Service - Revised 2/4/19

## Affidavit of Service

State of New York
County of Clinton) ss.:

I, **Thomas Jackson**, first being duly sworn, deposes and says that on the **20** day of **June**, 20**20**, I did in fact give the designated copies of the attached **Complaint and a poor person application, Verification, authorization**, to an officer at Clinton Correctional Facility to be duly carried to the following parties:

**Original and Copy** two
  Pro-se intake
  500 Pearl Street, New York,
  New York 10007-1312

**Copy**

_____
_____
_____
_____
_____

Sworn To Before Me This

____ Day of _____, 20__

_____
  Notary

Respectfully Submitted
*Thomas Jackson*

Clinton Correctional Facility
P.O. Box 2001
Dannemora, New York 12929

Under the penalty of perjury, notary is not available.

O. Mudd, Law Clerk
6/20/2020

Clinton Correctional Facility
P.O. Box 2000
Dannemora, NY 12929
Name: Thomas Jackson Din-12A3039

CLINTON CORRECTIONAL FACILITY
LAW LIBRARY
LEGAL MAIL ONLY

RECEIVED
JUL 02 2020
PRO SE OFFICE

To: Pro-se intake unit
500 Pearl Street
New York, NY 10007-1312

RECEIVED
JUL 02 2020
PRO SE OFFICE


Clinton    NEOPOST
06/30/2020   US POSTAGE   $002.75
Correctional Facility                ZIP
                                     041M11272305


Clinton    NEOPOST
06/30/2020   US POSTAGE   $005.85
Correctional Facility                ZIP
                                     041M11272305

U.S. POSTAGE PAID
FCM LG ENV
DANNEMORA, NY
12929
JUN 30, 20
AMOUNT
$0.00
R2305H126819-02
10007

CERTIFIED MAIL