Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
THOMAS JACKSON,
                Plaintiff,
                                                                    ORDER
v.
                                                                    20 CV 5176 (VB)
SERGEANT E. PAGAN,
                Defendant.
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/20

    On October 21, 2020, the Court received a motion from plaintiff seeking the entry of default judgment against defendant. (See Doc. #12).

    Plaintiff's motion is DENIED without prejudice to refile at a later date. Defendant was served with summons and notice of the complaint by mail on September 11, 2020. (See Doc. #10). As set forth on the notice of service, pursuant to a local standing order, defendant has 60 days from the date he or his agent mailed or delivered a completed acknowledgment of receipt of service to file and serve an answer or other responsive pleading. According to the Acknowledgment of Receipt of Summons and Complaint, (Doc. #10), defendant's attorney acknowledged service on September 11, 2020. Defendant therefore has until November 11, 2020 to file an answer or other responsive pleading.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

    The Clerk is instructed to terminate the motion (Doc. #12).

Dated: October 22, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1