UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THOMAS JACKSON,                                         :
                    Plaintiff,                          :
                                                        :
v.                                                      :
                                                        :
SERGEANT E. PAGAN, individually and in his             :
official capacity,                                      :
                    Defendant.                          :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2021

**ORDER**

20 CV 5176 (VB)

     On January 21, 2021, plaintiff, who is proceeding pro se and in forma pauperis, requested the Court appoint him an attorney.  (Doc. #23)  Plaintiff asserts claims under 42 U.S.C. § 1983, alleging defendant retaliated against him for filing grievances while he was incarcerated at Sing Sing Correctional Facility.  (Doc. #2).

     The Court has considered the type and complexity of this case, the merits of plaintiff's claims, and plaintiff's ability to present the case.  The Court, in its discretion, does not find exceptional circumstances in plaintiff's case warranting the appointment of counsel at this time. See 28 U.S.C. § 1915(e)(1); Cooper v. A. Sargenti Co. Inc., 877 F.2d 170, 172 (2d Cir. 1989).

     Accordingly, plaintiff's request is DENIED WITHOUT PREJUDICE for renewal at an appropriate time in the future.

     The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.  See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

     Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: January 22, 2021
     White Plains, NY

               SO ORDERED:

               Vincent L. Briccetti
               United States District Judge