Copies Mailed/Faxed 3/10/21
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
THOMAS JACKSON,

                       Plaintiff,

- against -

SERGEANT E. PAGAN, suing individual and in their
official capacities,

                      Defendant.
-------------------------------------------------------------- X

20-cv-5176 (VB)

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFF**

3/10/21

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that an Assistant Attorney General may take the deposition of inmate Plaintiff Thomas Jackson, DIN # 12-A-3039, before a notary public or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at a Correctional Facility maintained by the New York State Department of Corrections and Community Supervision, or virtually via a remote deposition at the same, upon notice to Plaintiff and the Superintendent of the Correctional Facility.

Dated: March 10, 2021
         White Plains, NY

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

SO ORDERED.

_____
VINCENT L. BRICCETTI
United States District Judge