Copies Mailed/Faxed 5/19/21
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Jackson,
                    Plaintiff(s),

v.

Pagan,
                    Defendant(s).
-------------------------------------------------------------x

**CALENDAR NOTICE**

20 CV 5176 (VB)

5/19/21

**PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled~~/re-scheduled for:

___ Status conference            ___ Final pretrial conference

✓ Telephone conference           ___ Jury selection and trial

___ Pre-motion conference        ___ Bench trial

___ Settlement conference        ___ Suppression hearing

___ Oral argument                ___ Plea hearing

___ Bench ruling on motion       ___ Sentencing

on 7-7-, 20 21, at 9:30 AM, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from 6/18/21

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions,** in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: 5-19-, 20 21
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

Defense counsel is responsible to make arrangements for this telephone conference.

All parties shall call 1-888-363-4749 Access Code 1703567