UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/30/2021_

THOMAS JACKSON,
           Plaintiff,

v.

SERGEANT E. PAGAN,
           Defendant.

----------------------------------------------------------------x

**ORDER**

20 CV 5176 (VB)

On May 19, 2021, the Court issued an order re-scheduling a case management conference in this case to July 7, 2021 at 9:30 a.m. However, on June 29, 2021, the Court issued an Order extending plaintiff's time to respond to outstanding discovery requests to July 29, 2021. The Court also Ordered counsel for defendant to investigate the whereabouts of plaintiff's belongings, and to file a letter regarding that investigation by July 13, 2021.

Accordingly, it is HEREBY ORDERED that the conference scheduled for July 7, 2021 at 9:30 a.m. is ADJOURNED to **August 30, 2021 at 3:30 p.m**.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: June 30, 2021
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge