Case 7:20-cv-05176-VB

**LETITIA JAMES**
ATTORNEY GENERAL

> **APPLICATION GRANTED:**
>
> The case management conference currently scheduled for June 17, 2022, is **adjourned to August 12, 2022, at 9:30 a.m.**, to proceed by telephone. At the time of the scheduled conference, plaintiff and defense counsel shall use the following information to connect by telephone:
>
> **Dial-In Number:** (888) 363-4749 (toll free) **or** (215) 446-3662;
> **Access Code:** 1703567.
>
> It is defense counsel's responsibility to make prior arrangements with the appropriate facility to make plaintiff available by telephone for the August 12, 2022, conference. Chambers will mail a copy of this Order to plaintiff at the address on the docket. Clerk shall terminate the motion. (Doc. #66)
>
> SO ORDERED:
>
> /s/ Vincent L. Briccetti
> Vincent L. Briccetti, U.S.D.J.,
> June 15, 2022

**Via ECF**
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   **Jackson v. Pagan, 20-CV-5176 (VB)**

Dear Judge Briccetti:

     This Office represents Defendant Pagan, an employee of the New York State Department of Corrections and Community Supervision ("DOCCS"). This matter is currently scheduled for a conference on June 17, 2022, at which the possibility of settlement is to be discussed. Since the last conference on April 14, 2022, Plaintiff has changed his settlement demand. Plaintiff's latest demand is currently being evaluated for the possibility of settlement, but has not been completed because of unexpected absences. Defendant thus respectfully requests that this conference be adjourned to July 18, 2022, or a date thereafter convenient to the Court, to complete evaluation of possible settlement.

Respectfully submitted,
**/s/ David T. Cheng**
David T. Cheng
Assistant Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-6139
David.Cheng@ag.ny.gov

Cc:   Thomas Jackson (DIN 12-A-3039)
       Collins Correctional Facility
       Middle Road
       P.O. Box 340
       Collins, NY 14034-0340
       *Pro se*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 6-15-22

Copies Mailed/Faxed 6-15-22
Chambers of Vincent L. Briccetti DW