UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
THOMAS JACKSON,
           Plaintiff,

v.

SERGEANT E. PAGAN,
           Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 5176 (VB)

      The Court has been informed that plaintiff, who is proceeding pro se, has been transferred to Collins Correctional Facility. Accordingly, it is HEREBY ORDERED:

      1.    The Clerk is instructed to update plaintiff's address on the docket to reflect the address below:

      Thomas Jackson
      DIN No. 12-A-3039
      Collins Correctional Facility
      Middle Road
      P.O. Box 340
      Collins, NY 14034-0340

      2.    The parties are reminded that, by Order dated October 3, 2022, **a telephone conference is scheduled for November 1, 2022, at 9:00 a.m.** Plaintiff and defense counsel shall attend the telephone conference by calling the following number and entering the access code when requested:

      **Dial-In Number:** **(888) 363-4749 (toll free) or (215) 446-3662;**
      **Access Code:** **1703567**.

      3.    It is the responsibility of defense counsel to make prior arrangements with Collins Correctional Facility to have plaintiff available by phone.

      4.    Plaintiff is reminded that it is his responsibility to advise the Court of any changes in address.

      5.    Chambers will mail a copy of this Order and the Order dated October 3, 2022, to plaintiff at Collins Correctional Facility.

Dated: October 25, 2022
       White Plains, NY

                                       SO ORDERED:

                                       _____

                                       Vincent L. Briccetti
                                       United States District Judge