UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
THOMAS JACKSON,
              Plaintiff,

v.

                        **ORDER**

                        20 CV 5176 (VB)

SERGEANT E. PAGAN,
              Defendant.
--------------------------------------------------------------x

      As discussed at a telephone conference held on the record today, at which plaintiff, who is proceeding pro se, and defense counsel appeared, it is HEREBY ORDERED:

      1.     Because the parties are discussing a global resolution of this case and three other pending matters involving plaintiff, and because defense counsel advised the Court that he believes he will be better able to report on efforts to settle this case and the three others by the end of the year, a case management conference is scheduled for **January 11, 2023, at 9:00 a.m.** The conference will proceed by telephone. It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to have plaintiff available by telephone. At the time of the scheduled conference, plaintiff and defense counsel shall use the following information to connect by telephone:

**Dial-In Number:** (888) 363-4749 (toll free) **or** (215) 446-3662;
**Access Code:** 1703567.

      2.     By **January 4, 2023**, defense counsel shall submit a status report regarding settlement efforts and indicate whether there is anything the Court can do to assist in this regard.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: November 1, 2022
       White Plains, NY

                                              SO ORDERED:

                                              Vincent L. Briccetti
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 11-1-22

Copies Mailed/Faxed 11-1-22
Chambers of Vincent L. Briccetti