UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
THOMAS JACKSON,

        Plaintiff,

v.

SERGEANT E. PAGAN,

        Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 5176 (VB)

    As discussed at a telephone conference held on the record today, at which plaintiff, who is proceeding <u>pro se</u>, and defense counsel appeared, it is HEREBY ORDERED:

    1.    The parties are directed to continue discussing settlement in good faith. By **February 13, 2023**, defense counsel shall submit a status report regarding settlement efforts and indicate whether there is anything the Court can do to assist in this regard.

    2.    By **March 13, 2023**, defendant shall file his motion for summary judgment. By **April 13, 2023**, plaintiff shall file his opposition. By **April 27, 2023**, defendant shall file his reply.

    3.    The Court has been informed that plaintiff was transferred to Elmira. The Clerk is instructed to update plaintiff's address on the docket with the below address:

    Thomas Jackson
    DIN No. 12-A-3039
    Elmira Correctional Facility
    1879 Davis Street
    P.O. Box 500
    Elmira, NY 14901-0500

Plaintiff is reminded that it is his responsibility to update the Court in writing of any changes in address.

Chambers will mail a copy of this Order to plaintiff at the address above.

Dated: January 11, 2023
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

2