UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
THOMAS JACKSON,
          Plaintiff,

v.

SERGEANT E. PAGAN,
          Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 5176 (VB)

    The Court has been advised that the parties have reached a settlement in this case. (Doc. #82). Accordingly, it is HEREBY ORDERED:

    1.    By **March 14, 2023**, defense counsel shall submit a stipulation of dismissal or a further status report on settlement.

    2.    All pending deadlines, including those set forth in the Court's Order dated January 11, 2023 (Doc. #81), are **STAYED** pending further Court Order.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: February 13, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge