UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
THOMAS JACKSON,

        Plaintiff,

v.

SERGEANT E. PAGAN,

        Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 5176 (VB)

    On March 1, 2023, the Court so-ordered a Stipulation and Order of Settlement and General Release, and closed this case. (Doc. #85).

    On August 30, 2023, the Court received a letter dated August 23, 2023, from plaintiff, proceeding pro se and in forma pauperis. (Doc. #89). In the letter, plaintiff states he has not received the $8,000 owed to him pursuant to the parties' settlement, and requests a "writ of execution" and "discovery to obtain or view any assets [of] the State of New York or defendant has so the out standing debt is paid in full." (Id.).

    By letter dated August 31, 2023, defense counsel stated his office has "mailed its standard voucher to Plaintiff twice – on May 25, 2023 and on August 22, 2023, and Plaintiff has not executed and/or returned" the voucher, which is required to effectuate the payment to plaintiff. (Doc. #90).

    Accordingly, it is HEREBY ORDERED:

    1.    Plaintiff's requests for a writ of execution and discovery are DENIED.

    2.    Plaintiff is directed to execute the voucher sent by defense counsel and return it to defense counsel.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: August 31, 2023
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge